UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                              )
WAY SYSTEMS, INC.,            )
                              )    CIVIL ACTION
        Plaintiff,            )    NO. 05-10897-JLT
                              )
v.                            )
                              )
FRACTAL COMMERCE, INC.        )
AND KEITH BENSON,             )
                              )
        Defendants.           )
_____)
```

**NOTICE OF CHANGE OF ADDRESS**

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please take notice of the change of address and telephone number of the undersigned as follows:

BIRNBAUM & GODKIN, LLP
280 Summer Street, 5th Floor
Boston, MA 02210-1108
Tel: 617-307-6100
Fax: 617-307-6101

Respectfully submitted,
WAY SYSTEMS, INC.

By Its Attorneys,

DATE: July 13, 2005               /s/ David S. Godkin
                                  David S. Godkin (BBO #196530)
                                  BIRNBAUM & GODKIN, LLP
                                  280 Summer Street
                                  Boston, MA  02210
                                  Tel: 617-307-6100
                                  Fax: 617-307-6101