AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF   Massachusetts

Way Systems, Inc.,
            Plaintiff

**V.**

Fractal Commerce, Inc.,

            Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

05  10897  JLT

TO: (Name and address of defendant)
Fractal Commerce, Inc.
1931 Crescent Park Drive
Reston, Virginia

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and ad   s)

David S. Godkin, Esq.
Birnbaum & Godkin, LLP
268 Summer Street
Boston, MA 02210

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days afte  s   e of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you   the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period   me after service.

SARAH A. THORNTON

MAY 2 - 2005

CLERK

DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action

## RETURN OF SERVICE

| | DATE 8-30-05 at 10:17 |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |

| NAME OF SERVER (PRINT) William Barber | TITLE P.P.S. |
|---|---|

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 1931 Crescent Par Dr
Reston, VA by serving Keith Benton, CEO

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9-2-05
Date

_William Barber_
Signature of Server

Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Massachusetts

Case Number: 05 10897 JLT

Plaintiff:
**WAY SYSTEMS, INC.**

vs.

Defendant:
**FRACTAL COMMERCE, INC.**

Received by APS International, Ltd. on the 30th day of August, 2005 at 6:42 pm to be served on **FRACTAL COMMERCE, INC. - 1931 CRESCENT PARK DRIVE, RESTON, VA**.

I, William J. Barber, being duly sworn, depose and say that on the **30th day of August, 2005** at **10:17 pm**, I:

Served the within named corporation by delivering a true copy of the **SUMMONS IN A CIVIL CASE; CIVIL C      ER SHEET and AMENDED COMPLAINT AND JURY DEMAND** to Keith Benson as CEO of the within named corporation, in compliance with State Statutes.

**Description** of Person Served: Age: 30s, Sex: M, Race/Skin Color: White, Height: 6'0", Weight: 230, Ha Black, Glasses: Y

I certify that I am a United States citizen, over the age of 18 and not a party to, nor otherwise interested in th      ove action.

STATE OF VIRGINIA

COUNTY OF FAIRFAX

Subscribed and Sworn to before me on the 2nd day of September, 2005 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

My Commission Expires: *12 31 07*

*William Barber*

**William J. Barber**
Process Server

**APS International, Ltd.**
**A.P.S. International Plaza**
**7800 Glenroy Road**
**Minneapolis, MN  55439-3122**
**(800) 327-7171**
Our Job Serial Number: 2005002809

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j