AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

WAY SYSTEMS, INC.,
                 Plaintiff

V.

FRACTAL COMMERCE, INC., AND
KEITH BENSON,
                 Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05-10897-JLT

TO: (Name and address of Defendant)

Keith Benson
1931 Crescent Park Drive
Reston, Virginia

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David S. Godkin, Esq.
Birnbaum & Godkin, LLP
280 Summer Street
Boston, MA 02210

an answer to the complaint which is served on you with this summons, within **20** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE: SEP 14 2005

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| *Service of the Summons and complaint was made by me(1) | DATE 09-22-05 at 1:15 p.m. |
| NAME OF SERVER (PRINT) Thomas Parks | TITLE Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: **Courtney Benson, wife**

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  09-23-05
           Date                Signature of Server

                              Address of Server

***Amended Complaint and Jury Demand and Civil Cover Sheet**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.