# United States District Court for the District of Massachusetts

| | |
|---|---|
| WAY SYSTEMS, INC., ) <br> ) <br> Plaintiff ) <br> ) <br> V. ) <br> ) <br> FRACTAL COMMERCE, INC. and, ) <br> KEITH BENSON, ) <br> Defendants. ) <br> ) | Civil Action No.: 05-10897-JLT |

### ASSENTED TO MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO THE AMENDED COMPLAINT

The Defendants, Fractal Commerce, Inc. and Keith Benson, hereby move for an extension of time within which to file their Response to the Amended Complaint. As grounds for this Motion, Defendants state that the parties in this action have agreed that a settlement conference will take place on or about a specific date during the first week of November 2005, during which the parties will attempt to narrow and resolve the issues in this case. Accordingly, the parties have agreed that Defendant Fractal Commerce, Inc., and Defendant Keith Benson, will file a Response to the Amended Complaint in this case within ten days subsequent to such settlement meeting, should the parties be unable to resolve and settle the issues in this case at that meeting.

Plaintiff Way Systems, Inc. assents to this Motion.

WHEREFORE, Defendants request that the Court grant this Motion for extension of time.

Respectfully submitted,

FRACTAL COMMERCE, INC.
KEITH BENSON
By Their Attorneys,

*[signature: Jacqueline N. Welch]*
Jacqueline A. Welch (BBO 554111)
Bolden and Associates
Suite 210
10 Federal Street
Salem, MA 01970
(978) 744-2162

Assented to:

WAY SYSTEMS, INC.
By Its Attorneys,

*[signature: David Godkin (by JAW)]*
David S. Godkin (BBO 196530)
Birnbaum & Godkin, LLP
280 Summer Street
Boston, MA 02210
(617) 307-6100

October 11, 2005

### CERTIFICATE OF SERVICE

I, Jacqueline A. Welch, Attorney for the Defendant, FRACTAL COMMERCE, INC., do hereby certify that under the penalties of perjury I have this 11th day of October, 2005, given written notice of Assented Motion for Extension of Time for Filing Amended Complaint by mailing a copy of the same first class mail, postage pre-paid to:

David S. Godkin, Esq.
Birnbaum & Godkin, LLP
280 Summer Street
Boston, MA 02210
Counsel for Plaintiff Way Systems, Inc..

*[signature: Jacqueline N. Welch]*
Jacqueline A. Welch (BBO#554111)
Bolden & Associates
10 Federal Street, Suite 210
Salem, MA 01970
(978)744-2162