UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WAY SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>FRACTAL COMMERCE, INC.<br>AND KEITH BENSON,<br><br>Defendants. | CIVIL ACTION<br>NO. 05-10897-JLT |

### NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), plaintiff WAY Systems, Inc. hereby voluntarily dismisses this action, with prejudice.

                                              WAY SYSTEMS, INC.
                                              By its Attorneys,

Dated: July 12, 2006                          /s/ David S. Godkin
                                              David S. Godkin (BBO No. 196530)
                                              BIRNBAUM & GODKIN, LLP
                                              280 Summer Street
                                              Boston, MA  02210
                                              Tel: 617-307-6100
                                              Fax: 617-307-6101